UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Sai Zhao Jiang,

                Petitioner,

vs.                         ORDER ADOPTING THE
                         REPORT AND RECOMMENDATION

Michael Chertoff, Secretary of
the United States Department
of Homeland Security; Mark
Cangemi, Director of Detention
and Removal, Minnesota District,
United States Immigration and
Customs Enforcement; and Pat
Carr, Jail Commander of
Sherburne County Jail,

                Respondents.     Civ. No. 06-4486 (DSD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

      That the Petition for Writ of Habeas Corpus [Docket No. 1] is denied.

Dated: January 8, 2008

                                                  s/David S. Doty
                                                  DAVID S. DOTY
                                                  United States District Court Judge